| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Witkowski, Jennifer** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **6210** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**615 Harlem Rd**<br>**Buffalo, NY 14224-1152** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br> Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000<br>☑ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☐ | $500,001 to $1 million<br>☐ | $1,000,001 to $10 million<br>☐ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000<br>☑ | $50,001 to $100,000<br>☐ | $100,001 to $500,000<br>☐ | $500,001 to $1 million<br>☐ | $1,000,001 to $10 million<br>☐ | $10,000,001 to $50 million<br>☐ | $50,000,001 to $100 million<br>☐ | More than $100 million<br>☐ |
|---|---|---|---|---|---|---|---|---|

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Witkowski, Jennifer** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jennifer Witkowski*
Signature of Debtor                                     **Jennifer Witkowski**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**October 16, 2005**
Date

### Signature of Attorney

X */s/ Anita L. Howard*
Signature of Attorney for Debtor(s)
**Anita L. Howard 4233391**
Printed Name of Attorney for Debtor(s)

Firm Name
**110 Pearl Street-Suite 200**
Address
**Buffalo, NY  14202**

**(716) 852-5430**
Telephone Number
**October 16, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Anita L. Howard*                                            **10/16/05**
Signature of Attorney for Debtor(s)                          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

Adelphia Cable
Attn: Bankruptcy
355 Chicago St
Buffalo, NY  14204-2069


Beneficial Customer Service
Attn: Bankruptcy
290 Center Rd
West Seneca, NY  14224-1945


Buffalo Emergency Associates
C/O Mercantile Adjustment Bureau
PO Box 9315A
Rochester, NY  14604-0999


Buffalo Emergency Associates LLP
C/O Merchantile Adjustment Bureau
40 West Ave
Rochester, NY  14611-2626


Buffalo General Hospital
Attn: Bankruptcy
100 High St
Buffalo, NY  14203-1126


Buffalo General Hospital OP
C/O Mercantile Adjustment Bureau
PO Box 9315A
Rochester, NY  14604-0999


Carlos Guerra
344 Elmsford Dr
Buffalo, NY  14224-3351

City Of Buffalo Adjudication
C/O Mercantile Admustment Bureau
PO Box 9315A
Rochester, NY  14604-0999


Educational Finance Services
Attn:  Bankruptcy
PO Box 7031
Tarzana, CA  91357-7031


Joseph Gluczunski
Attn: Bankruptcy
71 Duerstein St
Buffalo, NY  14210-2536


Mercy Hospital Of Buffalo
Attn: Business Office
565 Abbott Rd
Buffalo, NY  14220-2039


Mercy Hospital OP
C/O Mercantile Adjustment Bureau
40 West Ave
Rochester, NY  14611-2626


Mercy Hospital OP
C/O Mercantile Adjustment Bureau
PO Box 9315A
Rochester, NY  14604-0999


Mercy Hospital Primary Care
C/O Merchantile Adjustment Bureau
PO Box 9315A
Rochester, NY  14604-0999

Mercy Hospital Primary Care
C/O Mercantile Adjustment Bureau, LLC
PO Box 9315A
Rochester, NY  14604-0999


National Fuel
Attn: Bankruptcy
6363 Main St
Williamsville, NY  14221-5855


NelNet Loan Services
Attn: Bankruptcy
PO Box 53318
Jacksonville, FL  32201-3318


Nelnet Loan Services
Attn: Bankrupcty
PO Box 53318
Jacksonville, FL  32201-3318


Niagara Mohawk
Attn: Bankruptcy
P)o Box 5026
Buffalo, NY  14203


Platinum Financial Services
Attn: Bankruptcy
15200 Shady Grove Rd
Rockville, MD  20850-3218


Verizon Communications
PO Box 15071
Albany, NY  12212-5071